1  Manuel D. Serpa, Calif. Bar No. 174182
   LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
3  770 The City Drive South Suite 2000
   Orange, CA 92868
4  Phone (714) 564-8644
5  Fax   (714) 940-0311
   Email: manuel.serpa@binderlawfirm.com
6

7  Attorneys for Plaintiff Guillermo Anthony Camba

8

9                    UNITED STATES DISTRICT COURT
10
11                   CENTRAL DISTRICT OF CALIFORNIA

12

13 | GUILLERMO ANTHONY CAMBA, ) No. CV 13-09482-DFM
                              )
14 |     Plaintiff,            ) **~~PROPOSED~~ ORDER AWARDING**
                              ) **ATTORNEY FEES UNDER THE**
15 |                           ) **EQUAL ACCESS TO JUSTICE**
         v.                    ) **ACT, PURSUANT TO 28 U.S.C.**
16 |                           ) **§ 2412(d), AND COSTS, PURSUANT**
17 | CAROLYN W. COLVIN,        ) **TO 28 U.S.C. § 1920**
     Acting Commissioner of Social )
18 | Security,                  )
                              )
19 |     Defendant.            )
20 _____

21

22     Based upon the parties' Stipulation for the Award and Payment of Equal

23 Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

24 be awarded attorney fees under the EAJA in the amount of THREE THOUSAND

25 FIVE HUNDRED dollars and 00/CENTS ($3,500.00), and costs under 28 U.S.C. §

26 1920, in the amount of FOUR HUNDRED dollars and 00/CENTS ($400.00),

27 ///

28

                                    1

1 subject to the terms of the above-referenced Stipulation.  Any payment shall be
2 delivered to Plaintiff's counsel.

4 Dated: <u>September 10, 2014</u>

                              DOUGLAS F. McCORMICK
                              United States Magistrate Judge